**Maurice Preston SCOTT,**
**Plaintiff–Appellant,**

v.

**SUSSEX I STATE PRISON; Sergeant Wilson; Sergeant Ruffin; Sergeant Jackson; Correctional Officer Carter; Nurse Hart; Nurse Stem; Lieutenant Riddick; Counselor Villar; Psychologist Hall; Safety Officer Weidman, Defendants–Appellees.**

No. 06–7303.

United States Court of Appeals, Fourth Circuit.

Submitted: Nov. 15, 2006.

Decided: Nov. 22, 2006.

Maurice Preston Scott, Appellant Pro Se.

Before WIDENER, WILKINSON, and MOTZ, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Maurice Preston Scott appeals the district court's order denying relief on his 42 U.S.C. § 1983 (2000) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Scott v. Sussex I State Prison,* No. 7:06–cv–00369–jlk, 2006 WL 1876963 (W.D.Va. July 6, 2006). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*